MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kseniia Boeva,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Todd M. Lyons, *et al.*,<br><br>　　　　　　Respondents. | No.　CV-26-01711-PHX-JJT (ASB)<br><br>**ORDER** |

　　　　Petitioner, through counsel, filed a Petition for a Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 challenging her immigration detention. Petitioner alleges she is detained pursuant to 8 U.S.C. § 1226 and received a bond hearing, but the immigration judge denied bond, finding Petitioner had not met her burden of establishing she was a good candidate for bond because she "used numerous addresses on official documents over the past five years and has not sufficiently established that [she] is not a risk of flight." (*Id*. at 4-5.)  Petitioner contends the immigration judge's flight risk determination is "legally insufficient" and the immigration judge's "failure to consider the totality of the circumstances" violates her due process rights.  (*Id*. at 7-8.)

　　　　Respondents must respond to the Petition.  *See Martinez v. Clark*, 124 F.4th 775, 781-82 (9th Cir. 2024) ("§ 1226(e) 'restricts jurisdiction only with respect to the executive's exercise of discretion' but that discretionary judgment does not include constitutional claims or questions of law." (citation omitted)).  Any response must be supported by documentary evidence including, if applicable, affidavits signed under

penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

    (1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

    (2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

    (3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

    (4)    Respondents must respond to the Petition no later than **March 23, 2026**.

    (5)    Petitioner may file a reply no later than **March 28, 2026**.

Dated this 16th day of March, 2026.

Honorable John J. Tuchi
United States District Judge